**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED HULL,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM LITTLE, and DOES 1-10,<br><br>    Defendants. | No. CV 21-05297 PA (PDx)<br><br>JUDGMENT |

    In accordance with the Court's November 1, 2021 Order granting the Application for Default Judgment filed by plaintiff Ed Hull ("Plaintiff"),

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff shall have judgment in his favor and against defendant William Little ("Defendant"); and

    2.    Defendant is ordered to provide accessible exterior paths of travel, accessible ramps, accessible parking, and an access aisle with compliant signage at the property located

1 | at 11010 S. Prairie Avenue, Inglewood California, in compliance with the Americans with
2 | Disabilities Act Accessibility Standards.
3 |
4 | DATED: November 1, 2021

                                              Percy Anderson
                                     United States District Judge